IN THE SUPREME COURT OF THE STATE OF KANSAS

Bar Docket No. 12723

In the Matter of CAROLYN SUE EDWARDS,
*Respondent.*

ORDER OF DISBARMENT

The court admitted respondent Carolyn Sue Edwards to the practice of law in Kansas on April 23, 1986. The court suspended her law license in December 2024 after finding that she violated several Kansas Rules of Professional Conduct. See *In re Edwards*, 319 Kan. 782, 806, 809, 560 P.3d 1159 (2024).

On December 5, 2025, Edwards submitted a request to voluntarily surrender her law license. The Office of the Disciplinary Administrator moves the court to accept Edwards' voluntary surrender under Rule 230(b) (2025 Kan. S. Ct. R. at 283).

The court grants that motion, accepts Edwards' voluntary surrender of her law license, disbars Edwards under Rule 230(b), and revokes Edwards' license and privilege to practice law in Kansas. The court directs the Office of Judicial Administration to strike the name of Carolyn Sue Edwards from the roll of attorneys licensed to practice law in Kansas effective the date of this order.

The court notes that any proceeding pending before the Kansas Board for Discipline of Attorneys against Edwards terminates on the date of this order under Rule 230(b)(1)(C). The Disciplinary Administrator may direct an investigator to complete any pending investigation to preserve evidence.

1

The court assesses the costs of this proceeding to Edwards under Supreme Court Rule 229 (2025 Kan. S. Ct. R. at 282). The court directs Edwards to comply with Supreme Court Rule 231 (2025 Kan. S. Ct. R. at 285).

Finally, the court directs the Reporter of Decisions to publish this order in the Kansas Reports.

Dated this 25th day of February 2026.

LUCKERT, J., not participating.